

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ADW
F. #2019R01233

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 17, 2020

<u>By E-mail</u>

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    In re: Application for Warrant to Search the Contents of Certain Cellular Devices
            <u>Miscellaneous Docket No. Case No. 20-212M</u>

Dear Judge Orenstein:

      The government respectfully moves for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

              By:      <u>    /s/          </u>
                            Andrew Wang
                            Assistant U.S. Attorney
                            (718) 254-6311

Enclosure

cc:    Clerk of Court (by E-mail)

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE: APPLICATION FOR                          O R D E R
WARRANT TO SEARCH THE
CONTENTS OF CERTAIN                             20-MC-0212
CELLULAR DEVICES

- - - - - - - - - - - - - - - - - - - - - - - - - - X
```

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew Wang, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       April 17, 2020

_____
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK